UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
CASE NO. 21-2033

| | |
|---|---|
| ELIZABETH ADAM and REBECCA FOLEY, individually, and on behalf all others similarly situated,<br>    Plaintiffs-Appellants,<br><br>vs.<br><br>AQ TEXTILES LLC and CREATIVE TEXTILE MILLS PVT. LTD,<br>    Defendants-Appellees. | Case No.: 1:20-cv-00520<br><br>From: U.S.D.C. Middle District of North Carolina |

## JOINT MOTION TO DISMISS

The undersigned counsel hereby moves to dismiss the above appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Each party shall bear their own costs.

Respectfully submitted, this the 9th day of February, 2022.

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**

/s/ *Jennifer K. Van Zant*
Jennifer K. Van Zant
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 373-8850
Fax: (336) 378-1001
*Attorney for Appellee*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Scott C. Harris*
Scott C. Harris
900 W. Morgan Street
Raleigh, North Carolina 27603
Phone (919) 600-5000
Facsimile (919) 600-5035
sharris@milberg.com
*Counsel for Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, I electronically filed the foregoing Joint Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

>*/s/ Scott C. Harris*
>Scott C. Harris